UNITED STATES of America,
Plaintiff–Appellee,

v.

Derek Andrew MEDINA, Defendant–
Appellant.

No. 14–50467.

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2016.*

March 21, 2016.

Andrew James Galvin, Assistant U.S., Peter Ko, Assistant U.S., Office of the U.S.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Attorney, San Diego, CA, for Plaintiff–Appellee.

Jerry M. Leahy, Law Offices of Jerry M. LEAHY, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Derek Andrew Medina appeals from the district court's judgment and challenges the 37–month sentence imposed following his guilty-plea conviction for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We dismiss.

The government seeks the dismissal of this appeal as untimely. Although Medina received an extension of time to file a notice of appeal ("NOA"), he did not file his NOA within the time permitted by the Federal Rules. *See* Fed. R.App. P. 4(b)(1)(A)(i), (b)(4). We must, therefore, dismiss. *See United States v. Sadler,* 480 F.3d 932, 942 (9th Cir.2007) (when the government objects to the untimely filing of an NOA, dismissal is mandatory).

**DISMISSED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.